**Order entered March 27, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01288-CR
No. 05-12-01291-CR

**CHRISTOPHER WAYNE WHEELER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 199th Judicial District Court
Collin County, Texas
Trial Court Cause Nos. 199-81739-2011, 199-82836-2011

## ORDER

The Court **REINSTATES** the appeals.

On February 13, 2013, we ordered the trial court to make findings of fact regarding why the clerk's and reporter's records have not been filed. We **ADOPT** the findings that: (1) the trial court met with appellant's trial counsel, a representative of the Collin County District Clerk, and court reporter Sheri Vecera; (2) appellant's trial counsel was retained and appellant also retained parole counsel; (3) appellant did not submit an affidavit of indigence seeking appointment of appellate counsel; (4) trial counsel filed the notices of appeal, but did not request preparation of the clerk's or reporter's records after appellant's wife notified counsel that appellant did not wish to pursue the appeals; (5) trial counsel attempted to

contact appellant, but appellant refused to speak with her after the trial; (6) trial counsel contacted appellant's parole attorney in an effort to obtain additional information regarding this matter; (7) on February 18, 2013, appellant's parole attorney confirmed to the trial court that appellant does not wish to pursue the appeals; and (8) appellant's wife confirmed to the trial court that appellant does not wish to pursue the appeals.

The Court will dispose of the appeals in due course.


/s/     DAVID EVANS
        JUSTICE